UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00233-SPG-DTB | Date | May 8, 2026 |
| Title | Ben Alvarado v. Home Depot U.S.A., Inc. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On October 23, 2025, the Court granted, in part, the parties' stipulation to continue the trial and pretrial deadlines by approximately four months. (ECF No. 22). That order set a deadline for first round trial filings of May 6, 2026. The parties have not filed the requisite trial filings and, indeed, have not filed anything on the docket in nearly seven months. As such, it appears that Plaintiff is no longer prosecuting this case.

Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing within seven (7) days of the issuance of this Order why the case should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (noting that under Rule 41(b), courts may dismiss actions *sua sponte* for failure to prosecute). Failure to respond shall be deemed consent to dismissal of this action.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer     pg